UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 17-1107, 17-1108, 17-1109, 17-1110 & 17-1111**

Prometheus Radio Project et al. v. FCC

**ORDER**

By Order entered January 11, 2017, the U.S. Court of Appeals for the D.C. Circuit transferred 5 petitions for review seeking review of the FCC's Second Report and Order regarding the 2014 Quadrennial Regulatory Review, FCC NO. 16-107, 2016 WL 4483722 (rel. Aug. 25, 2016). The petitions will remain consolidated for purposes of the joint appendix, scheduling, and disposition. Petitioners are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. The parties may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i). Respondent may elect to file a consolidated brief.

The full caption for the consolidated cases will be:

PROMETHEUS RADIO PROJECT
v.
FEDERAL COMMUNICATIONS COMMISSION;
UNITED STATES OF AMERICA

>Prometheus Radio Project and Media Mobilizing Project,
>>Petitioners in 17-1107
>News Media Alliance,
>>Petitioner in 17-1108
>Multicultural Media, Telecom and Internet Counsel and
>National Association of Black Owned Broadcasters, Inc.,
>>Petitioners in 17-1109
>The Scranton Times, L.P.,
>>Petitioner in 17-1110
>Bonneville International Corporation,
>>Petitioner in 17-1111

All pending Motions to Intervene and the Certified Index to Record will be filed in the consolidated cases. It is noted that the parties filed Statements of Intent to proceed on a deferred appendix. The statements will be docketed as motions in this court.

The parties are hereby directed to electronically file documents on the Court's docket as follows:

Petitioners: All case opening forms, motions, and briefs must be filed only in the appeal number assigned to the filer's petition. If a document is being filed jointly by multiple Petitioners, the document must be filed only in the appeal numbers assigned to the filing Petitioners.

Respondent: All case opening forms must be filed in all appeals in which the appellee intends to participate. All motions should be filed only in those cases for which the relief is being requested. All responsive briefs should be filed only in the appeal to which the Respondent is responding. If Respondent is filing a consolidated response brief, the brief must be filed in all appeals to which the Respondent is responding.

The consolidated joint appendix must be filed in all appeal numbers.

The parties are further advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.


For the Court,

/s/ Marcia M. Waldron
Clerk


Dated:      January 18, 2017
tyw/cc:     Andrew J. Schwartzman, Esq.
            Drew T. Simshaw, Esq.
            Kevin King, Esq.
            Robert A. Long, Jr., Esq.
            Kurt A. Wimmer, Esq.
            David D'Alessandro, Esq.
            Dennis Lane, Esq.
            Kenneth E. Satten, Esq.
            Craig E. Gilmore, Esq.
            Rosemary C. Harold, Esq.
            James M. Carr, Esq.
            David M. Gossett, Esq.
            Loretta Lynch, Esq.
            Howard J. Symons, Esq.